■    In the Matter of MURLEX RESTAURANT CORP., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Concur — McGivern, J. P., Nunez, Kupferman, McNally and Tilzer, JJ.